IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

ARTURO MORENO-SILVA )
)
    Movant (s) )
vs. )   Civil No. 06-0190-CV-W-DW
)   Crim. No. 01-0079-02-CR-W-DW
UNITED STATES OF AMERICA )
)
    Respondent (s) )

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

    **ORDERED THAT**: the Court **DENIES** his Section 2255 motion to vacate, set aside, or modify sentence. The Court further finds that Movant has failed to make substantial showing that he has been denied constitutional rights. <u>Garrett v. United States</u>, 211 F.3d 1075, 1076-77 (8th Cir. 2000). Accordingly, he is denied a certificate of appealability.

                                     PATRICIA L. BRUNE, CLERK

Date: <u>May 31, 2006</u>                         By: <u>/s/ Y. Johnson</u>
                                                                   Deputy Clerk